Brian S. Letofsky (Bar No. 159232)
WATKINS & LETOFSKY, LLP
4040 MacArthur Blvd., Ste. 240
Newport Beach, CA 92660
Phone: (949) 476-9400
Fax: (949) 476-9407

Attorneys for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STATE FARM GENERAL INSURANCE COMPANY, | Case No. 2:15-cv-09446-AB-E |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | Judge: Hon. Andre Birotte Jr. |
| WHIRLPOOL CORPORATION, et al., | |
| Defendants. | |

("PROPOSED" is struck through.)

Upon consideration of the foregoing, State Farm General Insurance Company v. Whirlpool Corporation, Civil No. 2:15-cv-09446-AB-E is hereby dismissed with prejudice this 30th day of November, 2016.

**IT IS SO ORDERED**

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

Order
Case No. 2:15-cv-09446-AB-E